UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

ALEXANDRE LUVOLO

        v.                                                            Civil No. 26-cv-031-LM-AJ

CHRIS BRACKETT, SUPERINTENDENT,
STRAFFORD COUNTY DEPARTMENT OF
CORRECTIONS; ET AL.

## O R D E R

As fully set forth in his Petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. no. 1), and his emergency motion for a TRO (Doc. no. 2), Petitioner Alexandre Luzolo seeks an order from this court staying his removal to Angola.  Removal is presently scheduled for either Sunday, January 25, 2026 or Monday, January 26, 2026.  Petitioner is seeking to stay his removal, among other reasons, so that he can litigate his motion to reopen his removal proceedings presently pending before the Board of Immigration Appeals ("BIA"), in which he challenges the constitutionality of his prior removal proceedings.

This court has no jurisdiction over a constitutional challenge to removal proceedings or the execution of removal orders.  See Compere v. Riordan, 368 F. Supp. 3d 164, 170 (D. Mass. 2019). Petitioner's ability to challenge the BIA's removal determination or the execution of its removal order exists, if at all, in the First Circuit Court of Appeals. See 8 U.S.C. §1252(a)(5) ("Notwithstanding any other provision of law (statutory or nonstatutory), including section 2231 of Title 28, . . . a petition for review filed with an appropriate court of appeals in accordance with this section shall be the sole and exclusive means for judicial review of an order of removal.").

Accordingly, due to the unique circumstances alleged in Petitioner's filings, and the exigency of his request, the court finds that it is in the interest of justice to transfer this matter to the First Circuit Court of Appeals.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

January 23, 2026

cc:   Alexandre Luzolo, pro se